UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRICK HERNANDEZ CARRENO,

Petitioner,

v. Case No. 3:26-cv-2108-MMH-PDB

GARRETT RIPA, et al.,

Respondents.

---

**ORDER**

Petitioner Brick Hernandez Carreno, an immigration detainee, initiated this action by filing through counsel a Petition for Writ of Habeas Corpus (Doc. 1) on August 13, 2026. Hernandez Carreno, a citizen of Venezuela, was paroled into the United States on March 16, 2024. Doc. 5-1 at 2; see also Doc. 5-3 at 1. United States Immigration and Customs Enforcement detained Hernandez Carreno following a traffic stop on August 10, 2026. Doc. 5-1 at 2. In Count One of Hernandez Carreno's Petition, he argues that he is not subject to mandatory detention under 8 U.S.C. § 1225(b). Doc. 1 at 7–8. As relief, he seeks an individualized bond hearing or, in the alternative, immediate release. Id. at 10.

The Eleventh Circuit Court of Appeals has concluded that "§ 1225 applies to arriving aliens seeking entry at the border, whereas § 1226 applies to aliens unlawfully in the interior." Hernandez Alvarez v. Warden, Fed. Det.

Ctr. Miami, 175 F.4th 1258, 1276 (11th Cir. 2026). Although Hernandez Alvarez did not directly address the circumstance of a petitioner, like Hernandez Carreno, who is detained at or near the border, paroled into the United States, and is re-detained over years later, its reasoning also applies to this case. Hernandez Carreno was not seeking entry at the border when he was re-detained; therefore, he is not subject to § 1225. See id. at 1285 (recognizing the "longstanding border-interior distinction" for purposes of immigration detention that Congress preserved in the Immigration and Nationality Act).

Accordingly, it is **ORDERED**:

1. Hernandez Carreno's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** as to Count One. Within **seven days** of this Order, Respondents shall either afford Hernandez Carreno an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release him. If Respondents release Hernandez Carreno, they shall facilitate his transportation from the detention facility by notifying his counsel when and where he can be collected.

2. Respondent Warden's Motion to Dismiss (Doc. 6) is **DENIED**. See, e.g., Fonseca v. Ripa, No. 3:26-CV-309-MMH-MCR, 2026 WL 1072778, *4–5 (M.D. Fla. Apr. 21, 2026).

3. The **Clerk** is directed to terminate any pending motions, enter judgment granting the Petition as to Count One, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of September, 2026.

Marcia Morales Howard

MARCIA MORALES HOWARD
United States District Judge

Jax-9 9/21
c:
Counsel of Record